841 A.2d 88

TOMMY LOPEZ ETC., ET AL., PLAINTIFFS, v. PEGGY A. PETERS, ET AL., DEFENDANTS, AND ENTERPRISE RENT–A–CAR AND ELCO ADMINISTRATIVE SERVICES, DEFENDANTS–PETITIONERS.

January 22, 2004.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Appellate Division to reconsider in the light of *Vassiliu v. Daimler Chrysler Corp.*, 178 *N.J.* 286, 839 *A.*2d 863 (2004).